

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2016

No. 04-16-00458-CR

**IN RE** Robert Joseph **SMITH** II

Original Mandamus Proceeding[1]

## ORDER

On July 21, 2016, relator Robert Joseph Smith II filed a petition for writ of mandamus complaining the trial court had not ruled upon motions he filed in April, 2016. This court requested a response from the real party in interest and respondent. On August 10, 2016, the State of Texas filed a response. We have reviewed the petition and the response and have determined that Relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable N. Keith Williams is ORDERED to rule upon the "Motion for Nunc Pro Tunc Order to Correct Jail Time Credit" and "Motion for Nunc Pro Tunc Order Deleting Court Appointed Attorney Fees" within fourteen days from the date of this order. The writ will issue only if we are notified that Judge Williams has failed to act as directed within fourteen days from the date of this order.

It is so **ORDERED** on September 28, 2016.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2016.

Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. A13660, styled *State of Texas v. Robert Joseph Smith, II*, pending in the 216th Judicial District Court, Kerr County, Texas, the Honorable N. Keith Williams presiding.